**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANDO PEREIRA DE FREITAS,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; et al.,<br>Defendants. | Case No.: 26-cv-05007-LL-DDL<br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br>**[ECF No. 16]** |

Before the Court is the parties' Joint Motion to Dismiss. Good cause appearing, the Court **GRANTS** the joint motion. *See* Fed. R. Civ. P. 41(a). Accordingly, this case is **DISMISSED WITH PREJUDICE** in its entirety. The Clerk of Court shall close this case.

**IT IS SO ORDERED**.

Dated: October 28, 2026

Honorable Linda Lopez
United States District Judge